IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Pordone | Case Number:  07 B 18244 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  10/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  April 15, 2008
Confirmed:  January 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 263.95 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 249.70 |
| Trustee Fee: | | 14.25 |
| Other Funds: | | 0.00 |
| Totals: | 263.95 | 263.95 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 249.70 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Service Credit Union | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 11. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 12. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 14. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 15. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 16. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 17. | HomEq Servicing Corp | Secured | 13,979.74 | 0.00 |
| 18. | HSBC Mortgage Corp | Secured | 1,495.00 | 0.00 |
| 19. | AAFES | Unsecured | 2,096.82 | 0.00 |
| 20. | Discover Financial Services | Unsecured | 4,201.32 | 0.00 |
| 21. | City Of Chicago | Unsecured | | No Claim Filed |
| | | | $ 24,586.88 | $ 249.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Pordone

Printed:  4/22/08

Case Number:  07 B 18244
Judge:  Goldgar, A. Benjamin
Filed:  10/4/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 14.25 |
|  | _____ |
|  | $ 14.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

